ELLEN GREENSTONE (CSB No. 66022)
JEAN SHIN (CSB No. 228423)
ROTHNER, SEGALL, GREENSTONE & LEHENY
510 South Marengo Avenue
Pasadena, California 91101-3115
Telephone: (626) 796-7555
Facsimile: (626) 577-0124
email: egreenstone@rsgllabor.com

JS-6

Attorneys for Plaintiff Utility Workers of America, Local 132, AFL-CIO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UTILITY WORKERS UNION OF AMERICA, LOCAL 132, AFL-CIO,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA GAS COMPANY, a California corporation; SEMPRA ENERGY, a California corporation; and DOES 1-10,<br><br>Defendants. | CASE NO. CV-09-4893 VBF (VBKx)<br><br>ORDER DISMISSING ACTION |

Based on a stipulation of the parties to this action, Plaintiff UTILITY WORKERS OF AMERICA, LOCAL 132, AFL-CIO and Defendants SOUTHERN CALIFORNIA GAS COMPANY and SEMPRA ENERGY, this action is hereby dismissed, in its entirety, without prejudice, each party to bear its own costs and attorneys' fees.

DATED: 12/01/09

*Valerie Baker Fairbank*

VALERIE BAKER-FAIRBANK
Judge, United States District Court

1